AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JERMAINE A. WELLMAN

Defendant

)
)
)
)
)
)

Case: 1:25-cr-00390
Assigned To: Judge Leon, Richard J.
Assign Date: 12/12/2025
Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)    JERMAINE A. WELLMAN                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C) and 846 - (Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl and Methamphetamine)

21 U.S.C. § 841(a)(1) and 841(b)(1)(C) - (Unlawful Distribution of Methamphetamine)

21 U.S.C. § 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C) - (Unlawful Distribution of Forty Grams or More of Fentanyl and Methamphetamine)

Date: 12/12/2025

_Issuing officer's signature_

City and state:  WASHINGTON, DC

Moxila A. Upadhyaya, U.S. MAGISTRATE JUDGE
_Printed name and title_

### Return

This warrant was received on (date) 12/12/25 , and the person was arrested on (date) 12/16/25
at (city and state) Baltimore, MD .

Date: 12/16/25

_Arresting officer's signature_

SA Brian Charles
_Printed name and title_